IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE IRA MENDEZ HAMMONDS, | No. 2:02-cv-0540-MCE-DAD-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| JOE McGRATH, Warden, et al., | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On February 8, 2006, Judgment was entered denying Petitioner's application. On February 21, 2006, Petitioner filed a document entitled "Motion for Reconsideration." Petitioner argues that this Court failed to consider unspecified factual evidence that had "a direct bearing" on his claim that the trial Court erred in excluding evidence of third party culpability.

///

///

1

1  Petitioner also contends that the Court's rejection of his claim
2  of ineffective assistance of trial counsel failed to take into
3  account counsel's duty to investigate and present exculpatory
4  evidence.  The Court will construe this document as a motion to
5  set aside the Judgment pursuant to Fed. R. Civ. P. 60(b).
6      Fed. R. Civ. P. 60(b) states, in pertinent part:

> On motion and upon such terms as are just,
> the court may relieve a party or a party's
> legal representative from a final judgment,
> order, or proceeding for the following
> reasons: (1) mistake, inadvertence, surprise,
> or excusable neglect; (2) newly discovered
> evidence which by due diligence could not
> have been discovered in time to move for a
> new trial under Rule 59(b); (3) fraud
> (whether heretofore denominated intrinsic or
> extrinsic), misrepresentation, or other
> misconduct of an adverse party; (4) the
> judgment is void; (5) the judgment has been
> satisfied, released, or discharged, or a
> prior judgment upon which it is based has
> been reversed or otherwise vacated, or it is
> no longer equitable that the judgment should
> have prospective application; or (6) any
> other reason justifying relief from the
> operation of the judgment.  The motion shall
> be made within a reasonable time, and for
> reasons (1), (2), and (3) not more than one
> year after the judgment, order, or proceeding
> was entered or taken.

20 Plaintiff has failed to demonstrate that he is entitled to relief
21 pursuant to any of the grounds specified in Rule 60(b).
22 ///
23 ///
24 ///
25 ///
26 ///

2

1  Accordingly, IT IS ORDERED that Petitioner's February 21,
2 2006 Motion for Reconsideration, construed as a Motion to Vacate
3 the Judgment pursuant to Fed. R. Civ. P. 60(b), is denied.
4 DATED: March 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3