IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS IRA MENDEZ HAMMONDS,            2:02-cv-0540-MCE-DAD-P

      Petitioner,

  v.                                    ORDER

JOE McGRATH, Warden, et al.,

      Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Appeal of this Court's February 8, 2006, denial of his Application for a Writ of Habeas Corpus.  Before Petitioner can appeal this decision, a Certificate of Appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A Certificate of Appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

///

1

1  The Certificate of Appealability must "indicate which specific
2  issue or issues satisfy" the requirement.  28 U.S.C.
3  § 2253(c)(3).
4     A Certificate of Appealability should be granted for any
5  issue that petitioner can demonstrate is "'debatable among
6  jurists of reason,'" could be resolved differently by a different
7  court, or is "'adequate to deserve encouragement to proceed
8  further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir.
9  2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]
10    Petitioner has made a substantial showing of the denial of a
11 constitutional right in the following issues presented in the
12 instant Petition: (1) whether Petitioner received ineffective
13 assistance of trial counsel; (2) whether the trial court erred in
14 excluding evidence of third party culpability; (3) whether the
15 trial court erred in failing to limit expert testimony; and (4)
16 whether Petitioner's due process rights were violated by the
17 trial court's decision to allow the wheelchair-bound victim to
18 remain in the courtroom during trial.
19    Petitioner also requests the appointment of counsel on
20 appeal.  That request will be denied without prejudice to its
21 renewal in the Ninth Circuit Court of Appeals.
22 ///

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a Certificate of Appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

2

Accordingly, IT IS HEREBY ORDERED that:

1. A Certificate of Appealability is issued in the present action; and

2. Petitioner's March 6, 2006, Request for the appointment of counsel on appeal is denied without prejudice to its renewal in the Ninth Circuit Court of Appeals.

DATED: March 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE