IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE IRA MENDEZ HAMMONDS,

    Petitioner,                   No. CIV S-02-0540 MCE DAD P

    vs.

JOE McGRATH, Warden, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On March 24, 2006, petitioner filed a letter with the Clerk of Court which this court construes as a request to proceed on appeal in forma pauperis.

        The court file reflects that petitioner paid the filing fee for this action. Rule 24(a) of the Federal Rules of Appellate Procedure provides, in part, that where a petitioner has not been granted leave to proceed in forma pauperis in the district court action, a motion for leave to appeal in forma pauperis must attach an affidavit that "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs." The letter filed by petitioner does not contain all of the detail required by Form 4 of the Appendix of Forms. Accordingly, petitioner's request to proceed in forma pauperis on appeal will be denied.

1         Good cause appearing, IT IS HEREBY ORDERED that petitioner's March 24, 2006 request for proceed on appeal in forma pauperis is denied.

DATED: April 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8:hammo540.o